IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK MCCANN,

    Plaintiff,

v.

FAMILY COURT COUNSELING SERVICE,

    Defendant.

ORDER

Case No. 15-cv-93-jdp

DERRICK MCCANN,

    Plaintiff,

v.

MARGARET M. ANDERSON,

    Defendant.

ORDER

Case No. 15-cv-94-jdp

Plaintiff Derrick McCann has filed two proposed civil complaints. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his request with affidavits of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

Plaintiff has no dependents and is currently unemployed.  Plaintiff has no substantial assets.  Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motions filed by plaintiff Derrick McCann for leave to proceed without prepayment of fees (Dkt. # 2) are GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief.  Once the screening process is complete, a separate order will issue.


Entered this 13th day of February, 2015.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge