IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK MCCANN,

                Plaintiff,

v.

FAMILY COURT COUNSELING SERVICE,
MARK MEIXENSPERGER and
MARGARET M. ANDERSON,

                Defendants.

ORDER

15-cv-93-jdp

---

Pro se plaintiff Derrick McCann filed this civil action alleging that he was discriminated against on the basis of his race by officials involved in his Dane County paternity and child custody proceedings. After screening the complaint, I concluded that plaintiff's complaint failed to satisfy Federal Rule of Civil Procedure 8 and directed plaintiff to submit an amended complaint more clearly detailing his claims. Dkt. 4. I gave plaintiff until May 31, 2016 to respond to my order. *Id.* I wanted plaintiff that if he failed to respond, then I would dismiss his case for his failure to state a claim upon which relief may be granted. *Id.* The deadline for a response has now passed and petitioner has not responded to my order.

Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice. The clerk of court is directed to close this case.

Entered June 27 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge