IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK MCCANN,

    Plaintiff,

v.

FAMILY COURT COUNSELING
SERVICE, MARK MEIXENSPERGER and
MARGARET M. ANDERSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-93-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 6/27/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |